

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00597-CV

**IN THE INTEREST OF J.J.H., R.J.H., J.D.H., AND A.J.H., CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00902
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **November 19, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.



_____
Michael A. Cruz,
Clerk of Court